UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TONIATUH SANCHEZ-BALBUENA,

       Defendant.
_____/

Case No. 1:06:CR:153

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed August 2, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Toniatuh Sanchez-Balbuena's plea of guilty to Count One of the Indictment is accepted. Defendant Toniatuh Sanchez-Balbuena is adjudicated guilty.

3. Defendant Toniatuh Sanchez-Balbuena shall be detained pending sentencing.

Dated: August 24, 2006

                                      /s/ Gordon J. Quist
                                      GORDON J. QUIST
                                      UNITED STATES DISTRICT JUDGE