UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                         No.    1:06CR153-01
                                                          Hon.   GORDON J. QUIST

    v.

TONIATUH SANCHEZ-BALBUENA,

    Defendant.
_____/

ORDER

The matter before the Court is the government's petition for remission of assessment pursuant to 18 U.S.C. § 3573.  The defendant has been released from incarceration and has been deported to Mexico.  Any efforts to recover the balance of the $100.00 assessment ordered by this Court on November 30, 2006, are not reasonably likely to succeed and any such efforts would needlessly expend public resources.  Accordingly,

**IT IS HEREBY ORDERED** that the government's motion for remission of assessment, filed pursuant to 18 U.S.C. § 3573, is **GRANTED**.

**IT IS FURTHER ORDERED** that the $100.00 assessment imposed against defendant Toniatuh Sanchez-Balbuena is hereby **REMITTED**.

Dated: February 13, 2008                  /s/ Gordon J. Quist
                                                              HON. GORDON J. QUIST
                                                              United States District Judge
                                                              Western District of Michigan